[No. 14120-9-III.    Division Three.    December 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
ALEJANDRO RAMOS OCHOA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00167-5, Craig Matheson, J., entered June 17, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 17020-5-II.    Division Two.    December 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MILES
LEONARD BETZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-1-00060-7, Daniel J. Berschauer, J., entered March 31, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17064-7-II.    Division Two.    December 5, 1995.]

CARL ADOLPHSEN, ET AL., *Respondents*, v. ELLIS L.
LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-2-00757-4, David R. Draper, J., entered April 2, 1993. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Wiggins, J.

[No. 17294-1-II.    Division Two.    December 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LORINDA
L. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00775-2, James I. Maddock, J., entered June 10, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Wiggins, JJ.